# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

LARRY W. PROPES
CLERK OF COURT

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201-2431
(803) 765-5816  FAX (803) 765-5960
www.scd.uscourts.gov

DIVISIONAL OFFICES

P. O. BOX 835
CHARLESTON, SC 29402
(843)579-1401 FAX 579-1402

P. O. BOX 10768
GREENVILLE, SC 29603
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC 29503
(843) 676-3820 FAX 676-3831

October 2, 2006

*2:06 cv 1096 GEB*
*2:06 cv 1619 GEG*

To: All Attorneys on Attorney Service List (attached)
    Clerks of Court for transferor courts

Re: Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation
    MDL - 1785

Dear Counsel and Clerk of Court:

The Clerk of Court for the District of South Carolina has received the Transfer Order regarding the above referenced litigation from the Judicial Panel on Multidistrict Litigation. The Transfer Order was filed in our district on September 26, 2006. A copy of the order is attached.

The purpose of this letter is to formally notify you of this transfer. Please note that this District's Local Rules are available on our website at www.scd.uscourts.gov. In accordance with Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, out-of-state counsel who appeared in the transferor district court prior to the transfer need not enter a separate appearance before this court, or apply to proceed *pro hac vice*. Counsel will, however, need to take action to be able to electronically file documents in this district court.

All documents filed in the District of South Carolina are entered into the Electronic Case Filing (ECF) system. The ECF Policies and Procedures, as well as Attorney User Manual, are available on the court's website, and counsel is urged to read them. Use of the ECF system is required for attorneys to file documents in this district, and an attorney must register to become a Filing User. The registration form for Multidistrict Litigation counsel to become Filing Users in this district, is attached, and can also be found on the court's website. *Any counsel not listed on the Involved Counsel List attached will need to submit a Notice of Attorney Appearance along with the ECF Registration Form.*

Counsel may register as a Filing User only after completing ECF training. If counsel has received ECF training in another U.S. District Court, further training is unnecessary. If training is needed, it is available through the On-line TrainingTutorial on the court's website at www.scd.uscourts.gov. Go to "CM/ECF" at the menu on the left, and then go to "Training" and select "On-line Training Tutorial" from the subsequent menus. Training is available in the courthouse here at scheduled appointment times and it may also be available at scheduled appointment times in your district. Check with your Clerk's Office. The attached registration

form requires counsel to indicate one of the above training options. If you are not interested in registering as a Filing User in this district, as counsel in a Multidistrict Litigation case, you may associate with counsel who is a Filing User in the District of South Carolina. All members of the District of South Carolina Bar are required to register as Filing Users.

The United States District Judge assigned to handle the Multidistrict Litigation for 1785 Litigation is the Honorable David C. Norton, whose address and telephone number are:

Honorable David C. Norton
PO Box 835
Charleston, SC 29401
(843) 579-1450

The Judge's case manager and /or courtroom deputy will be able to assist you with any clerical or procedural questions you may have. Their addresses and telephone numbers are:

Lisa Richberg
Case Manager
PO Box 835
Charleston, SC 29401
(843) 579-1415
Lisa_Richberg@scd.uscourts.gov

Gail Johnson
Courtroom Deputy
PO Box 835
Charleston, SC 29401
(843) 579-1408
Gail_Johnson@scd.uscourts.gov

The attached Schedule A lists all the cases which are currently being transferred to this district. Please note that each case has been assigned a new civil action number. The new case numbers must be used on all future documents filed in the District of South Carolina. In addition, the caption of each individual case, along with the heading "IN RE: Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation" must be on all papers filed in this district. These changes will assist in case management.

If you are filing a document which references just one case, the filing should be made in that particular case. If you are filing a document which references two or more cases, your filing should be made in the management case, M/A No. 2:06-77777 DCN. Please utilize the caption as shown in the example attached to this letter.

In summary, before filing papers in the District of South Carolina in the Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation cases, counsel must:
1) Register as a Filing User, or associate counsel who is a Filing User in this District;
2) Place the heading "IN RE: Bausch & Lomb Inc Contact Lens Solution Products Liability

Litigation" on each document filed;
3) Place the caption with corresponding District of South Carolina civil action number on each document filed.

The Clerks of the transferor courts are asked to electronically transfer their case files to the District of South Carolina. A certified copy of the transfer order is enclosed. Please contact the case manager, listed above, with the login and password of your court's ECF system along with your court's case number and caption. The case manager will then log into the system and retrieve the necessary pleadings. In addition, please provide an email address so that we may notify your office when the documents have been obtained.

The Clerk's Office will be happy to assist you in any way. If you have questions, please call either the case manager or courtroom deputy at the numbers listed in this letter.

Thank you for your cooperation.

             Yours,

             Larry W. Propes, Clerk

             s/Lisa Richberg
             Deputy Clerk

Enclosures
cc: The Honorable David C. Norton, U.S. District Judge
   Transferor Clerks (See Attached List of Clerks)
   Judicial Panel on Multidistrict Litigation
   Gail Johnson, Courtroom Deputy
   Lisa Richberg, Case Manager



**DOCKET NO. 1785**

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On August 14, 2006, the Panel transferred nine civil actions to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* \_\_\_\_F.Supp.2d\_\_\_\_ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable David C. Norton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Norton.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of August 14, 2006, and, with the consent of that court, assigned to the Honorable David C. Norton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY
Attest: Larry W. Propes
By: _____
Deputy Clerk

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1785
## IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC  2  06-3417 | John Skandros v. Bausch & Lomb, Inc. |
| CAC  2  06-4163 | Ellen Longstreth v. Bausch & Lomb, Inc. |
| **CALIFORNIA EASTERN** | |
| CAE  2  06-1096 | Robert T. Smith v. Bausch & Lomb, Inc. |
| CAE  2  06-1619 | Dawn Marie Howe v. Bausch & Lomb, Inc. |
| **CALIFORNIA SOUTHERN** | |
| ~~CAS  3  06-1105~~ | ~~Tina Whitten v. Bausch & Lomb, Inc., et al.~~ Opposed 9/22/06 |
| CAS  3  06-1129 | Lisa Fallin v. Bausch & Lomb, Inc. |
| CAS  3  06-1154 | Jennifer Bradford v. Bausch & Lomb, Inc. |
| CAS  3  06-1498 | Eleanor Hannan v. Bausch & Lomb, Inc. |
| **FLORIDA MIDDLE** | |
| ~~FLM  2  06-325~~ | ~~Joan Shallcross v. Bausch & Lomb, Inc., et al.~~ Opposed 9/22/06 |
| FLM  6  06-717 | Grace Hickman v. Bausch & Lomb, Inc. |
| FLM  8  06-777 | Mary Scorzafava, et al. v. Bausch & Lomb, Inc. |
| FLM  8  06-1088 | Linda L. Turner v. Bausch & Lomb, Inc., et al. |
| FLM  8  06-1094 | Shannon Oates v. Bausch & Lomb, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  0  06-60733 | Rochelle Feld v. Bausch & Lomb, Inc. |
| FLS  0  06-60773 | Edmond Kenny v. Bausch & Lomb, Inc. |
| FLS  0  06-60910 | Rick Anderson v. Bausch & Lomb, Inc. |
| FLS  0  06-60929 | Juan Prior v. Bausch & Lomb, Inc. |
| ~~FLS  0  06-60959~~ | ~~Theresa Dekle, et al. v. Bausch & Lomb, Inc., et al.~~ Opposed 9/22/06 |
| FLS  0  06-60960 | Johanne Roy v. Bausch & Lomb, Inc., et al. |
| FLS  0  06-61066 | Alison Bregman-Rodriquez v. Publix Super Markets, Inc., et al. |
| FLS  1  06-21131 | Maria I. Prohias, etc. v. Bausch & Lomb, Inc. |
| FLS  1  06-21149 | Jennifer Samuel, et al. v. Bausch & Lomb, Inc. |
| ~~FLS  1  06-21150~~ | ~~Roberto Guerra v. Bausch & Lomb, Inc.~~ Vacated 9/20/06 |
| FLS  1  06-21178 | David A. Lugo, et al. v. Bausch & Lomb, Inc. |
| FLS  1  06-21310 | Adaismay Mejia v. Bausch & Lomb, Inc. |
| FLS  9  06-80564 | Nancy Pavelzik-Lowry v. Bausch & Lomb, Inc. |
| FLS  9  06-80624 | Angela Worthing v. Bausch & Lomb, Inc. |
| **GEORGIA NORTHERN** | |
| GAN  1  06-1137 | Linda E. Moorman v. Bausch & Lomb, Inc. |
| GAN  1  06-1560 | Laura Holmes v. Bausch & Lomb, Inc. |
| **ILLINOIS NORTHERN** | |
| ILN  1  06-2701 | Alicia Schafer v. Bausch & Lomb, Inc. |
| ILN  1  06-2702 | Brian Dorich, et al. v. Bausch & Lomb, Inc. |
| ILN  1  06-3261 | Bianca Brown v. Bausch & Lomb, Inc. |
| **INDIANA SOUTHERN** | |
| INS  1  06-1071 | Norma Jane Meneely, et al. v. Bausch & Lomb, Inc. |
| **KENTUCKY EASTERN** | |
| KYE  2  06-150 | Tracy C. Ison v. Bausch & Lomb, Inc. |